1
2
3
4
5
6 # UNITED STATES DISTRICT COURT

7 ## EASTERN DISTRICT OF CALIFORNIA

8 JAMES E. BRYANT,                              )     1:09-cv-00419 YNP DLB (HC)
                                               )
9              Petitioner,                      )
                                               )     ORDER DENYING PETITIONER'S
10     v.                                       )     MOTIONS TO SET PETITIONER'S
                                               )     PETITION ON THE MOTION CALENDAR.
  KEN CLARK, Warden,                            )
11                                              )
              Respondent.                       )     [Docs. #6, 7]
12 _____)

13
14        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

15 pursuant to 28 U.S.C. § 2254.

16        On May 6, 2009, Petitioner filed two motions seeking to have his petition placed on the

17 motion calendar pursuant to Local Rule 78-230(m).  Local Rule 78-230(m) does cover motions in

18 prisoner cases, but at no point does it set a 30 day deadline to decide habeas petitions, which is what

19 Petitioner asserts.  First of all, a petition for writ of habeas corpus in not a motion, and secondly, the

20 rule specifically says that motions in pro se prisoner cases, except motions to dismiss for lack of

21 prosecution, "need not be noticed on the motion calendar."  Local Rule 78-230(m).

22        Accordingly, Petitioner motion is hereby DENIED.

23
24        IT IS SO ORDERED.

**Dated:   June 29, 2009**               _____/s/ **Dennis L. Beck**_____
25                                              UNITED STATES MAGISTRATE JUDGE

26
27
28