UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. BRYANT, | ) | 1:09-cv-00419 LJO YNP [DLB] (HC) |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO GRANT RELIEF OF |
| | ) | PETITION DUE TO DUE TO |
| v. | ) | RESPONDENT'S FAILURE TO MAKE A |
| | ) | TIMELY REPLY |
| | ) | [Doc. #20] |
| | ) | |
| KEN CLARK, Warden, | ) | ORDER DIRECTING THE CLERK OF THE |
| | ) | COURT TO SEND PETITIONER A COPY |
| Respondent. | ) | OF RESPONDENT'S MOTION TO DISMISS |
| | ) | |
| _____ | ) | ORDER GRANTING PETITIONER A |
| | | THIRTY (30) DAY EXTENSION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 20, 2010, Petitioner filed a Motion to grant Relief of Petition Due to Respondent's Failure to Make a Timely Reply. Petitioner contends that Respondent did not file any responsive pleading by January 6, 2010, as ordered by this Court on November 4, 2009. (Doc. #13).

Respondent did in fact file a Motion to Dismiss with this Court on December 31, 2009. The motion included a certificate of service showing service upon Petitioner. In accordance with this Court's November 4, 2009 order, Petitioner's reply to the motion is due by February 5, 2010.

The Court notes, however, that prison mail can be somewhat unreliable and will therefore grant Petitioner thirty (30) days from the date of this order in which to reply to Respondent's motion to dismiss.

1  Accordingly, it is here by ORDERED that

2  1) Petitioner's Motion to Grant Relief is DENIED;

3  2) the Clerk of the Court is DIRECTED to send Petitioner a copy of Respondent's motion to
4  dismiss (Doc. #19); and

5  3) Petitioner is GRANTED thirty (30) days from the date of this order in which to reply to
6  Respondent's motion to dismiss.

8  IT IS SO ORDERED.

9  Dated:  January 23, 2010              /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE